# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



|  |  |  |
|---|---|---|
| United States of America<br>vs.<br>Gene Rios | ) ) ) ) ) | Case No.<br>08cr232 LJO |

FILED
FEB 26 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
      DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gene Rios_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

Modify the defendant's electronic monitoring from home detention to **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the electronic monitoring program or other location verification system at your own expense.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-29-09         _____  1/29/09
Signature of Defendant    Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      2/17/09
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      2-25-09
Signature of Defense Counsel                Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  2/26/09
[ ] The above modification of conditions of release is *not* ordered.

_____                      2/26/09
Signature of Judicial Officer   SM SNYDER    Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services