UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:08-CR-232-LJO** |
| | ) | |
| | ) | **ORDER ON STIPULATION** |
| Plaintiff, | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | |
| GINO RIOS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    For the reasons given in the stipulation (good cause) the sentencing in this case currently scheduled for April 23, 2010 at 8:30a.m. is to be continued to June 25, 2010 at 8:30a.m. before the Honorable Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   April 21, 2010**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE