NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 "R" Street
Fresno, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
GENE ALEXANDER RIOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>GENE ALEXANDER RIOS,<br><br>            Defendant. | CASE NO.  1:08-CR-00232-LJO<br><br>APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |

GENE ALEXANDER RIOS, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On July 30, 2008, real property owned by TERRY RIOS was posted as collateral for the release of defendant GENE ALEXANDER RIOS.  The Deed of Trust in the amount of $110,000 was recorded in Fresno County on property described as APN: 401-535-06, Document No.2008-0108660.

Defendant was sentenced June 25, 2010.  Defendant has served his prison term and completed his supervised release.

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Terry Rios.

Dated: March 14, 2025            /s/ Nicholas  F. Reyes
                                 NICHOLAS F. REYES
                                 Attorney for Defendant

1

## ORDER

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Terry Rios.

IT IS SO ORDERED.

Dated:  **March 24, 2025**         
UNITED STATES DISTRICT JUDGE

2